IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MELINDA J. CARR, ALISTAIR P. CARR
and STUDENT: S.C.,

        JUDGMENT IN A CIVIL CASE

    Plaintiffs,                        17-cv-413-wmc

v.

DEPARTMENT OF PUBLIC
INSTRUCTION and NEW GLARUS
SCHOOL DISTRICT,

    Defendants.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                               10/12/2018

Peter Oppeneer, Clerk of Court                 Date